394

26231. OGLESBY *et al. v.* GORMLEY, superintendent of banks.

STEPHENS, P. J. Where, after a judgment was rendered against an affidavit of illegality of an execution, filed by a number of defendants jointly, on the ground that none of them had been served in the suit on which the judgment was rendered, and that none of them had had his day in court, the grant of a new trial to one of the defendants who, as it appeared conclusively from the evidence, had not been served and had not had his day in court, did not demand the grant of a new trial to the other defendants. See *Stanford* v. *Bradford*, 45 *Ga.* 97. There being evidence to support the verdict against the affidavit of illegality as respects the other defendants, the court, where the only exceptions were on the general grounds, did not err in overruling their motion for new trial.    *Judgment affirmed. Sutton and Felton, JJ., concur.*

DECIDED SEPTEMBER 10, 1937.

*Price & Spivey,* for plaintiffs in error.
*J. R. Powell Jr.,* contra.

26246. DUNCAN *v.* ROSS.

FELTON, J. The petition in this case, brought by a guest to recover damages from the driver of an automobile for gross negligence, and which alleged that the steering gear of defendant's car was loose, which fact was known to defendant and unknown to petitioner; that just before the collision in which the injury occurred the defendant had several drinks of intoxicating liquor which at the time apparently did not affect him, but which with drinks of liquor previously taken, of which petitioner had no knowledge, so affected defendant's judgment as to render him incompetent and incapable of driving his car; and that at a certain point in the road the defendant, with gross negligence and lack of care, suddenly and without warning turned his car across the road from the right to the left side and across a ditch into a barbed-wire fence, causing injury to the petitioner, set forth a cause of action, and there was no error in overruling the general demurrer.

*Judgment affirmed. Stephens, P. J., and Sutton, J., concur.*

DECIDED SEPTEMBER 10, 1937.

*John F. Echols, Noah J. Stone, John L. Cone,* for plaintiff in error.
*Winfield P. Jones, R. E. Church,* contra.